## 31861. THE STATE v. SANDERS.

PER CURIAM.

This court granted certiorari to review the decision of the Court of Appeals in *Sanders v. State,* 140 Ga. App. 101 (230 SE2d 20) (1976). After further consideration we have determined that the writ was improvidently granted.

*Dismissed. Nichols, C. J., Undercofler, P. J., Ingram, Hall and Hill, JJ., concur. Jordan, J., dissents.*

SUBMITTED FEBRUARY 4, 1977 — DECIDED APRIL 6, 1977.

*William F. Lee, Jr., District Attorney, Robert H. Sullivan, Assistant District Attorney,* for appellant.
*Cook & Palmour, Bobby Lee Cook, Johnson & Beckham, J. Eugene Beckham, Jr.,* for appellee.